COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
  
 SOCORRO INDEPENDENT SCHOOL DISTRICT,
  
 Appellant,
  
 v.
  
 DELIA GONZALEZ,
  
 Appellee.
  
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  '
 
  
 
 
  
  
                   No. 08-11-00065-CV
  
 Appeal from the
  
 448th
 Judicial District Court
  
 of El
 Paso County, Texas 
  
 (TC# 2010-639) 
  
 
 


MEMORANDUM
 OPINION

 

Appellant has
filed an unopposed motion to dismiss this appeal.  See Tex.R.App.P. 42.1(a)(1).  The motion is granted, and the appeal is
dismissed.  Costs of appeal are assessed
against Appellant.  See Tex.R.App.P. 42.1(d).

 

 

February 29, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.